# UNITED STATES DISTRICT COURT
for the
District of Nebraska

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| Michael L. Whitlock ) | Case No: 8:04CR90 |
| ) | USM No: 19394-047 |
| Date of Previous Judgment: 05/15/2008 ) | Michael D. Gooch |
| *(Use Date of Last Amended Judgment if Applicable)* ) | Defendant's Attorney |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of __130__ months **is reduced to** __120 Months__.

### I. COURT DETERMINATION OF GUIDELINE RANGE *(Prior to Any Departures)*

| | | | |
|---|---|---|---|
| Previous Offense Level: | 32 | Amended Offense Level: | 26 |
| Criminal History Category: | VI | Criminal History Category: | VI |
| Previous Guideline Range: | 151 to 188 months | Amended Guideline Range: | 120 to ___ months |

### II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE

☑ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other *(explain)*:

### III. ADDITIONAL COMMENTS

Except as provided above, all provisions of the judgment dated __09/27/2004__ shall remain in effect.
**IT IS SO ORDERED**.

| | | |
|---|---|---|
| Order Date: | 01/20/2012 | s/Joseph F. Bataillon |
| | | *Judge's signature* |
| Effective Date: | 01/20/2012 | Joseph F. Bataillon, U.S. District Judge |
| | *(if different from order date)* | *Printed name and title* |